# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED
Asheville
Aug 23 2023
U.S. District Court
Western District of N.C.

In the Matter of the Search of
IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNTS:

UserID 100075488418339 BRANDON WAGONER

UserID 100088683845256 BRANDON WAGONER

THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC.
1 HACKER WAY
MENLO PARK, CA 94025

)
)
)
)
)
)
)

Case No.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Northern  District of  California :

See Attachment A.

I find that the Affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  8/9/2023  (not to exceed 14 days)
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  The Hon. W. Carleton Metcalf .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of  enter date .

Signed: July 26, 2023

Date and time issued: 7/26/2023 3:34 PM

*[signature: W. Carleton Metcalf]*

City and state:  Asheville, North Carolina    The Hon. W. Carleton Metcalf
United States Magistrate Judge  Judge

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed:<br>enter date  July 27, 2023 | Copy of warrant and inventory left with:<br>Facebook meta Platforms |

Inventory made in the presence of :
  Rob Toler

Inventory of the property taken and name of any person(s) seized:

  Facebook Records for Account 100075488418339 With certificate of authenticity dated August 22, 2023

  Facebook Records for Account 100088683845256 With certificate of authenticity dated August 22, 2023

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/23/2023

ROBERT TOLER
Digitally signed by ROBERT TOLER
Date: 2023.08.23 14:18:02 -04'00'

*Executing officer's signature*

*Printed name and title*